Jack T. Roberson III
Name
2221 muldoon rd # 29
Mailing address
Anchorage ak 99504
City, State, Zip
907 - 201-2108
Telephone

RECEIVED

AUG 21 2019

CLERK, U.S. DISTRICT COURT
ANCHORAGE, A.K.

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ALASKA

Jack Theodore Roberson III
(Enter full name of plaintiff in this action)

Plaintiff,

vs.

Yvonne Lamoureux ,

Una Gandbhir ,

_____ ,

(Enter full names of defendant(s) in this action.
Do NOT use *et al.*)

Defendant(s).

Case No. 3-A-CV- 228 -TMB
(To be supplied by Court)

**COMPLAINT UNDER
THE CIVIL RIGHTS ACT
42 U.S.C. § 1983**

**(NON-PRISONERS)**

### A. Jurisdiction

Jurisdiction is invoked under 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you assert jurisdiction under any different or additional authorities, please list them below:

To Be Determined upon amendment

### B. Parties

1. Plaintiff: This complaint alleges that the civil rights of Jack Theodore Roberson III,
(print your name)

who presently resides at 2221 muldoon rd # 29 anchorage ak 99504
(mailing address)

were violated by the actions of the individual(s) named below.

2. <u>Defendants</u> (Make a copy of this page and provide same information if you are naming more than 3 defendants):

Defendant No. 1, __Yvonne   Lamourex__ is a citizen of
__Alaska__, and is employed as a __superior court Judge__.
(state)                                         (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 2, __Una   Gandbhir__ is a citizen of
__Alaska__, and is employed as a __superior court Judge__.
(state)                                         (defendant's government position/title)

__X__ This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
__X__ The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

Defendant No. 3, _____ is a citizen of
_____, and is employed as a_____.
(state)                                         (defendant's government position/title)

_____This defendant **personally participated** in causing my injury, and I want **money damages**.
**OR**
_____The **policy or custom** of this official's government agency violates my rights, and I seek **injunctive relief** (to stop or require someone do something).

**C.  Causes of Action** (You may attach additional pages alleging other causes of action and facts supporting them if necessary.  Make copies of page 5 and rename them pages 5A, 5B, etc. and rename the claims, "Claim 4," "Claim 5, etc.").

Claim 1: On or about _____ June 2019 - Augus, my civil right to
(Date)
Due process /14th Amendment protections/Liberty
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by Yvonne Lamoureux
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 1. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 1.):

Court rules were violated by my attorney,
with Email proof (Jurisdictional ones) and
I was seeking Relief To be reheard and
heard on the misrepresentation issue. I
was denied my rights to Be reheard
heard under article 1, section 7, of a K
constitution, which the 14th Amendment Liberly
called for. The 14th Amendment protections
Brought to authority my 6th Amendment
Right to Represent myself. The
Judge was cited for loss of personal
Jurisdiction, want of Jurisdiction, and
want of controversy. a Yvonne Lamoureux
was Not signed to my case, Una Gandbhir
was and my case was Impaded By her.
The record my Be Being abused to show
a false Recusal (self) and nobody has
sent me copies of anything except when
fighting the misrepresentation. I was
not served the original complaint Before
Being falsly arrested and Detained for
6 days. Clerical Error has Been
argued. (Estoppel Involved)

I want an order for these Judges to act Legally and comply
with my rights and Laws cited, Especially
Jurisdictional ones, and my court Rules.
Venue is no Excuse, see Stump v. Spankman
and this "preemptory". See Read.
I claim conspiracy to Interfere with civil Rights

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 3 of 7

June 19 - august 19

Claim 2: On or about _____ Una Gandbhir _____ , my civil right to
(Date)
due process (same)
(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and unusual punishment, etc. List **only one** violation.)

was violated by _____ Una Gandbhir _____
(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 2. State what happened briefly and clearly, in your own words. Do not cite legal authority or argument. Describe exactly what each defendant, by name, did to violate the right alleged in Claim 2.):

This Judge has Let another Impede,
no reversal and It was To put a
statute of Limitations on fraudulent concealment
I've Been around and have Been studying
Law for 9 yrs. I cited nearly all
people Involved with different kinds of
fraud of US supreme court. (all 8 people)
Court Rules were violated and they are
within the Truth finding process. See: Matthews
v Eldridge adopted By Alaska, USCA/4 turned.
Due process definition. the facts were
cleanly distorted in my case and I
made It shown (proof to Be provided upon Rule 15
Amenment) my process Has been Grosly neglected and abused.
See Request for order on previous page

Claim 3: On or about _____, my civil right to

(Date)

_____

(due process, freedom of religion, free speech, freedom of association and/or assembly, freedom from cruel and
unusual punishment, etc. List **only one** violation.)

was violated by _____

(Name of the specific Defendant who violated this right)

Supporting Facts (Briefly describe facts you consider important to Claim 3. State what
happened briefly and clearly, in your own words. Do not cite legal authority or argument.
Describe exactly what each defendant, by name, did to violate the right alleged in Claim 3.):

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

**D. Previous Lawsuits**

1. Have you begun other lawsuits in **state or federal court** dealing with the **same facts** involved in this action, **or otherwise relating to your imprisonment**? _____ Yes _✕_ No

2. If your answer is "Yes," describe each lawsuit.

a. Lawsuit 1:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

b. Lawsuit 2:

Plaintiff(s):_____

Defendant(s):_____

Name and location of court:_____

Docket number:_____ Name of judge:_____

Approximate date case was filed: _____ Date of final decision: _____

Disposition: _____ Dismissed _____ Appealed _____ Still pending

Issues Raised:_____

**F. Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. Damages in the amount of $_____

PS02 – § 1983 Non-Prisoner
Dec. 2013
Page 6 of 7

Injunctive

2. Punitive damages in the amount of $_____

3. An order requiring defendant(s) to *Amend court order for relief and to stop violating civil Rights*

4. A declaration that_____

5. Other: _____

Plaintiff demands a trial by jury. _____ Yes _____ No

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that s/he is the plaintiff in the above action, that s/he has read the above civil rights complaint and that the information contained in the complaint is true and correct.

Executed at ___Anchorage___ on ___8-21-19___
            (Location)              (Date)

_____
(Plaintiff's Original Signature)

_____          _____
Original Signature of Attorney (if any)        (Date)

_____
_____
_____

Attorney's Address and Telephone Number