# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| JACK T. ROBERSON III,<br><br>                Plaintiff,<br>vs.<br><br>YVONNE LAMOUREUX, *et al.*,<br><br>                Defendants. | Case No. 3:19-cv-00228-TMB |

## ORDER OF DISMISSAL

On August 21, 2019, Jack T. Roberson III filed a Complaint under the Civil Rights Act, 42 U.S.C. § 1983, and paid the filing fee for his case.[1] Mr. Roberson has also filed a "Notice of Invocation and Claims Under Court Rules," stating that he "would not be serving the opposing party with [his] filings … until this complaint is amended under Federal Rule 15 (invoked), so service of process under Civil Rule 4(M) (invoked) will be satisfied after amendment by way of right."[2] Mr. Roberson brought suit against two Alaska Superior Court judges in their personal and official capacities,[3] and he sought an order requiring defendants to "amend court order for relief and to stop violating civil rights."[4]

---

[1] Docket 1.

[2] Docket 2.

[3] Docket 1 at 2.

[4] *Id.* at 7.

The Court issued an Order Regarding Amended Complaint informing Mr. Roberson of the deficiencies in his complaint, including that the federal courts are not appellate courts for state court action and judges are absolutely immune from suit.[5] The Court gave leave to amend and instructed Mr. Roberson he had:

> until **October 15, 2019** to file one of the following: a. <u>First Amended Complaint</u>, *on this Court's form*, in which Mr. Roberson states viable, timely federal claim(s) against appropriate state actors after correcting each of the deficiencies explained in this Order, and requests appropriate relief; **OR** b. <u>Notice of Voluntary Dismissal</u>, informing the Court that Mr. Roberson no longer wishes to pursue his lawsuit, resulting in the dismissal of the entire action.

Mr. Roberson has neither filed a First Amended Complaint, nor a Voluntary Dismissal. Mr. Roberson has not complied with the Court's Order and has not further prosecuted the case.

Accordingly, the Court **DISMISSES** the action for failure to abide by the Court's prior order.

**IT IS SO ORDERED**.

DATED at Anchorage, Alaska, this 2nd day of December, 2019.

                                                                                 */s/ Timothy M. Burgess*
                                                                                 TIMOTHY M. BURGESS
                                                                                 UNITED STATES DISTRICT JUDGE

---

[5] Docket 3.

3:19-cv-00228-TMB, *Roberson v. Lamoureux, et al.*
Order of Dismissal
Page 2 of 2
Case 3:19-cv-00228-TMB   Document 4   Filed 12/02/19   Page 2 of 2